# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **PAUL M. CONTI, M.D.,** | : | |
| **Plaintiff,** | : | Case No. 2:19-mc-00030 |
| -vs- | : | Judge Algenon L. Marbley |
| **JOHN DOE,** | : | Magistrate Judge Kimberly A. Jolson |
| **Defendant.** | | |

## ORDER

This is a miscellaneous action that was filed with regards to subpoenas issued in connection with a case pending in the United States District Court for the Southern District of New York, *Paul Conti v. John Doe*, Case No. 17-CV-9268 (the "New York Action"), directed to "James Doe" and "Jane Doe" (the "Non-Party Witnesses"). The place for compliance with the subpoenas is within the Southern District of Ohio. Given these circumstances, the parties to the New York action and the Non-Party Witnesses jointly asked this Court to enter an Agreed Protective Order to govern the discovery sought within the Southern District of Ohio. (Doc. 1). The Court granted the motion. (Doc. 2).

But that was not the end of the matter. On July 8, 2019, the parties in this action requested a telephonic conference with the Undersigned to discuss privilege issues that had arisen during the deposition of one of the Non-Party Witnesses. It quickly became clear to the Undersigned that briefing would be required to resolve the dispute. The parties informed the Undersigned that the discovery deadline in the New York Action was fast approaching, and Plaintiff's counsel expressed his intent to request an extension of that deadline from Judge Valerie E. Caproni who presides over the New York Action. The Undersigned directed the parties to inform her of any

decision related to discovery deadline in the New York Action and to propose a schedule for briefing the privilege issue. In accordance with the Court's directive, the parties filed a Notice with the Court on July 9, 2019. (Doc. 5).

The Court hereby **ADOPTS** the following briefing schedule, as proposed in the parties' Notice:

- Plaintiff's Motion to Compel is due by: July 15, 2019;
- Defendant's and Non-Party Witnesses' Responses Due by: July 25, 2019; and
- Plaintiff's Reply due by: July 30, 2019.

In their Notice, counsel also requests a conference with the Court to discuss the need and date for an evidentiary hearing. (*Id.*). Before doing so, the Court must determine first whether Plaintiff's Motion to Compel should be transferred to the Southern District of New York under Federal Rule of Civil Procedure 45(f). Because this Court did not issue the subpoena, Rule 45(f) provides that the Undersigned may transfer the Motion to Compel to the issuing court, the Southern District of New York, if either the person subject to the subpoena consents or if the Undersigned finds exceptional circumstances. Fed. R. Civ. P. 45(f). The Advisory Committee notes to this Rule provide that transfer "may be warranted in order to avoid disrupting the issuing court's management of the underlying litigation, as when that court has already ruled on issues presented by the motion or the same issues are likely to arise in discovery in many districts." Fed. R. Civ. P. 45(f) adv. comm. note (2013). Transfer is appropriate if these concerns outweigh the interests of the nonparty in obtaining local resolution for the motion. *Id*.

Accordingly, the parties in the New York Action and the Non-Party Witnesses are each directed to file a response to this Order by July 22, 2019, explaining their respective views on the propriety of transferring the Motion to Compel under Fed. R. Civ. P. 45(f), to the Southern District

of New York, for resolution in connection with the underlying action, *Paul Conti v. John Doe*, No. 17-cv-9268.  The simultaneous responses shall be no more than ten pages in length, double-spaced.

The clerk's office is **DIRECTED** to send a courtesy copy of this Order to The Honorable Valerie E. Caproni at the following address:

Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

IT IS SO ORDERED.


Date: July 11, 2019                                      s/Kimberly A. Jolson
                                                         Kimberly A. Jolson
                                                         United States Magistrate Judge